UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>YUANJUN TANG,<br><br>Defendant. | **INFORMATION**<br><br>25 Cr. ____<br><br>25 CRIM 415 |

## COUNT ONE
**(Conspiracy to Act as an Agent of a Foreign Government Without Notifying the Attorney General)**

The United States Attorney charges:

1. From at least in or about 2018, up to and including at least in or about June 2023, in the Southern District of New York and elsewhere, YUANJUN TANG, the defendant, and others known and unknown, knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, acting as an agent of a foreign government without prior notification to the Attorney General, as required by law, in violation of Title 18, United States Code, Section 951.

2. It was a part and an object of the conspiracy that YUANJUN TANG, the defendant, and others known and unknown, knowingly acted in the United States as an agent of a foreign government and foreign officials, to wit, the People's Republic of China ("PRC") and officials of the PRC's Ministry of State Security ("MSS"), without prior notification to the Attorney General, as required by law, in violation of Title 18, United States Code, Section 951.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, YUANJUN TANG, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a. In or about 2019, at the direction of one of TANG's co-conspirators, an intelligence officer for the MSS ("CC-1"), TANG met with CC-1 and other MSS officers in Macau, where he was tasked with relaying to the MSS information, photographs, and videos pertaining to PRC dissidents and pro-democracy events.

b. In or about 2019, CC-1 asked TANG for information about U.S.-based immigration lawyers who provided services for people seeking political asylum. In response, TANG scanned and emailed to CC-1 the business cards of at least 10 Chinese-American immigration lawyers and provided information to CC-1 about the lawyers' activities and income.

c. In or about 2019, TANG and TANG's family members who resided in mainland China began accepting cash payments in connection with TANG's work for the MSS.

d. On or about June 4, 2020, at the direction of CC-1, TANG screen-recorded an online video conference involving PRC dissidents and transmitted the video to CC-1 by uploading the video to an email account used by both TANG and CC-1 (the "MSS Email Account").

e. In or about 2021, at the direction of CC-1, TANG activated a U.S. phone number for the MSS and used the number to help the MSS infiltrate a group chat on a messaging platform that PRC dissidents used to communicate about pro-democracy issues.

f. In or about 2022, CC-1 tasked TANG with conducting research about a PRC dissident and human rights activist who was then running for U.S. congressional

office in New York City (the "Congressional Candidate") and reporting to CC-1 about the Congressional Candidate's campaign finances and activities. TANG responded by providing CC-1 information about the Congressional Candidate's campaign team and fundraising.

g. In or about 2022, at the direction of CC-1, TANG video-recorded a campaign event organized in Manhattan on behalf of the Congressional Candidate, and transmitted the video to CC-1 by uploading the video to the MSS Email Account.

h. In or about April 2022, at the direction of CC-1, TANG met with CC-1 and other MSS officers in mainland China, where TANG permitted the MSS to install a program on TANG's phone that caused all photographs and videos captured on the phone to be transmitted to the MSS (the "Compromised Phone").

i. In or about April 2023, at the direction of CC-1, TANG met with CC-1 and other MSS officers in Macau, where he was polygraphed and answered the MSS's questions about specific PRC dissidents.

j. On or about June 2, 2023, in Manhattan, TANG used the Compromised Phone to take a photograph of an event program listing the names of speakers for the opening of the June 4th Memorial Museum, established in remembrance of the Tiananmen Square massacre, and transmitted the photograph to the MSS.

k. On or about June 4, 2023, TANG used the Compromised Phone to capture videos of activists holding up signs referencing the Tiananmen Square massacre and criticizing the Chinese Communist Party, and transmitted the videos to the MSS.

(Title 18, United States Code, Section 371.)

JAY CLAYTON
United States Attorney