BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

November 25, 2025

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

11/25/25

John G. Koeltl, U.S.D.J.

Re:     *United States v. Yuanjun Tang*
25 Cr. 415 (JGK)

Your Honor:

I represent Yuanjun Tang in the above-referenced matter, next set for sentencing on January 29, 2026. I write to respectfully request that his bail be modified to eliminate curfew, while preserving all other conditions. Both the government and Pretrial Services consent to this request. Since his release on August 21, 2024, Mr. Tang has complied with his current conditions of release: travel restricted to SDNY/EDNY; surrender travel documents and no new applications; pretrial supervision as directed by Pretrial Services; location monitoring technology; GPS; no contact with victims or witnesses. *See* ECF No. 5. Mr. Tang is 68 years old and has no prior criminal convictions. After careful consideration, the parties agree that the remaining conditions of release would suffice to ensure the safety of the community and Mr. Tang's return to court.

Accordingly, the parties respectfully request that his bond be modified to eliminate his curfew. We greatly appreciate the Court's time and consideration of this matter.

Respectfully submitted,

Michael D. Bradley, Esq.
Counsel for Mr. Tang

cc:     AUSA Jane Chong (*via ECF*)