# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

December 4, 2025

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

12/5/25   _[signature]_
John G. Koeltl, U.S.D.J.

Re:    *United States v. Yuanjun Tang*
       25 Cr. 415 (JGK)

Your Honor:

I represent Yuanjun Tang in the above-referenced matter, next set for sentencing on January 29, 2026. He is a native Chinese speaker with limited English reading comprehension. I write to respectfully request that the time to file the final presentence investigation report be extended to two weeks after defense comments/objections. Unfortunately, due to illness, the interpreter was just recently able to finish the translation of the draft report into Chinese. The defense anticipates completing comments by the end of next week. Probation has no objection and in fact suggested the proposed two-week time frame.

Accordingly, we respectfully request that the time to file the final presentence investigation report be extended to two weeks after submission of defense comments. We greatly appreciate the Court's time and consideration of this matter.

Respectfully submitted,

_[signature]_

Michael D. Bradley, Esq.
Counsel for Mr. Tang

cc:    AUSA Jane Chong (*via ECF*)