# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

January 9, 2026

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Yuanjun Tang*
25 Cr. 415 (JGK)

Dear Judge Koeltl:

I represent Yuanjun Tang in the above matter, currently scheduled for sentencing on January 29, 2026. He is currently on pretrial release with conditions. I write with the consent of the government to respectfully request a 45-day adjournment of sentencing. This is the first request for an adjournment of sentencing. An adjournment would permit the defense to acquire additional documentation we believe would assist the Court in determining an appropriate sentence. Additionally, counsel has been appointed to *United States v. Conyers*, 23 Cr. 457 (JGLC), which is scheduled to begin trial on January 26, 2026. Accordingly, we request that the Court adjourn the sentencing for approximately 45 days, to a date convenient to the Court. We thank the Court for its time and consideration of this request.

Respectfully Submitted,

Michael D. Bradley
Attorney for Christopher Scott

cc: AUSA Jane Chong (via ECF)

DEFENSE SUBMISSIONS: MARCH 12, 2026
GOVERNMENT SUBMISSIONS: MARCH 18, 2026
SENTENCING ADJOURNED TO THURSDAY,
MARCH 26, 2026, AT 11:30AM.
SO ORDERED,
1/12/26                    USDJ