BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

May 15, 2026

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

5/18/26.

John G. Koeltl, U.S.D.J.

Re:    *United States v. Yuanjun Tang*
       25 Cr. 415 (JGK)

Your Honor:

I represent Yuanjun Tang in the above-referenced matter, next set for sentencing on July 1, 2026. I write to respectfully request that his bail be modified to temporarily remove his electronic monitoring device, so that he may undergo an MRI. Both the government and Pretrial Services consent to this request.

During Mr. Tang's medical appointment this past weekend, doctors were unable to administer an MRI because he was wearing an electronic monitoring bracelet. Once he reschedules his appointment, Mr. Tang will communicate the time and place to Pretrial to effectively coordinate the removal and replacement of the bracelet. Mr. Tang has complied with his conditions since his release.

Accordingly, I respectfully request that Mr. Tang's bond be modified to temporarily remove his electronic monitoring bracelet, under conditions set forth by Pretrial Services. We greatly appreciate the Court's time and consideration of this matter.

Respectfully submitted,

Michael D. Bradley, Esq.
Counsel for Mr. Tang

cc:    AUSA Jane Chong (*via ECF*)