**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

June 10, 2026

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Handwritten:*
DEFENDANT SUBMISSIONS:
SEPTEMBER 3, 2026

GOV'T SUBMISSIONS:
SEPTEMBER 9, 2026

SENTENCING ADJOURNED TO THURSDAY,
SEPTEMBER 17, 2026, AT 11:30 AM.
SO ORDERED.
6/11/26 [signature]
V S D J

Re: *United States v. Yuanjun Tang*
25 Cr. 415 (JGK)

Dear Judge Koeltl:

   I represent Yuanjun Tang in the above matter, currently scheduled for sentencing on July 1, 2026. He is in current compliance with all conditions on pretrial release. I write to respectfully request an adjournment of sentencing, to a date convenient to the Court between August 10 – 12, 14 or September 1 – 4, 2026, to accommodate counsels' schedules. This is the third request for an adjournment of sentencing, and the government consents to this request. An adjournment would permit the defense expert to complete a submission we believe would assist the Court in determining an appropriate sentence. The delay is attributable partly to inadvertent postponement of his previous medical procedure (*see* ECF No. 52), which has been rescheduled, so we do not anticipate another request at this time. Accordingly, we request that the Court adjourn the sentencing to a date above convenient to the Court. We thank the Court for its time and consideration of this request.

Respectfully Submitted,

[signature]

Michael D. Bradley
Attorney for Yuanjun Tang

cc: AUSA Jane Chong (via ECF)