Case 1:25-cr-00415-JGK Document 56 Filed 11/04/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 4, 2026

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Yuanjun Tang*, 25 Cr. 415 (JGK)

Dear Judge Koeltl:

The Government respectfully requests a two-day extension of the Government's November 4, 2026. sentencing submission deadline. No prior extension requests have been submitted. The defense consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF: Michael Bradley, Esq.

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

11/4/26